# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 25-40568
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
March 11, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LEONARDO DANIEL QUINTANILLA-ROSALES,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:25-CR-594-1

―――――――――――――――――――――――

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Leonardo Daniel Quintanilla-Rosales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Quintanilla-Rosales has not filed a response but has indicated he wishes to appeal his sentence only. *See United*

―――――――――――――――――

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40568

*States v. Garcia*, 483 F.3d 289, 290-91 (5th Cir. 2007).  However, Quintanilla-Rosales's release from custody, with no additional term of supervised release, renders any sentencing challenge moot.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED as moot.